UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GRANT MITCHELL SAXENA,

    Plaintiff,

v.                                          Case No:   2:22-cv-3-JLB-MRM

PATRICK MICHAEL LAWLOR,

    Defendant.
_____

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders and timely prosecute this action. (Doc. 7.) Plaintiff has neither filed an objection to the Report and Recommendation, nor has he responded to the Court's order to show cause. (Doc. 5.) The time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to renew timely his motion to proceed <u>in forma pauperis</u> or pay the required filing fee, for failing to amend his Complaint to address the deficiencies identified by the Magistrate Judge, for failure to comply with the Court's repeated orders as detailed in the Report and Recommendation, and for failure to prosecute.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on March 31, 2022.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE